# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICROSOFT CORPORATION,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:05-cv-519-Orl-18KRS**

**AVANTEK, INC.,**
**CARLOS A. REYES,**
**MOHAMMAD A. ULLAH,**

        **Defendants.**

_____

## ORDER

On June 23, 2005, Plaintiff Microsoft Corporation filed a notice that it had served its first set of interrogatories. Doc. No. 25. The Case Management and Scheduling Order states that "[t]he parties shall not file discovery materials with the Clerk except as provided in Local Rule 3.03." Doc. No. 24 at 2. The interrogatories at issue do not fall within any of the exceptions set out in Middle District of Florida Local Rule 3.03. Accordingly, it is **ORDERED** that the Clerk shall delete the notice from the file. In the future, counsel shall not file notices of service of discovery requests.

**DONE** and **ORDERED** in Orlando, Florida on June 24, 2005.

                                                                *Karla R. Spaulding*
                                                                KARLA R. SPAULDING
                                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties