**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICROSOFT CORPORATION,**

        **Plaintiff,**

-vs-                                      **Case No. 6:05-cv-519-Orl-18KRS**

**AVANTEK, INC.,**
**CARLOS A. REYES,**
**MOHAMMAD A. ULLAH,**
        **Defendants.**

_____

## ORDER

This cause came on for consideration by the Court without a hearing on Microsoft Corporation's Motion to Compel Discovery Responses and Initial Disclosures (doc. no. 27). In the motion, Plaintiff Microsoft Corporation seeks to compel Defendant Avantek, Inc. to respond to Microsoft's First Set of Interrogatories, for all Defendants to produce documents responsive to Microsoft's First Requests for Production of Documents, and to serve Defendant's Rule 26(a)(1) Initial Disclosures. Microsoft also seeks an award of reasonable attorneys' fees pursuant to Fed. R. Civ. P. 37(a)(4)(A).

The Defendants have not responded to the motion as of the writing of this Order, and the time for doing so has passed.[1] Therefore, I treat the motion as unopposed.

---

[1] The motion was served on August 9, 2005. The Case Management and Scheduling Order provides that responses are due within eleven days after service with an additional three days added for service by mail or electronic service. Doc. No. 24 at 5 & n.1. Therefore, a response to the motion was due to be filed on or before August 23, 2005.

It is, therefore, **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that Avantek, Inc. shall serve sworn answers to interrogatories, each Defendant shall produce documents responsive to the requests for production of documents served upon the Defendant, and each Defendant shall serve his or its mandatory initial disclosures on or before September 9, 2005. All objections except privilege have been waived by failing to respond to the discovery requests in a timely manner.

It is further **ORDERED** that the defendants shall each pay $100.00, for a total payment of $300.00, to compensate Microsoft, in part, for the attorneys' fees and costs it incurred in filing the motion, which sum shall be tendered to counsel for Microsoft on or before September 30, 2005.

**DONE** and **ORDERED** in Orlando, Florida on August 31, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties