# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICROSOFT CORPORATION,**

        **Plaintiff,**

**-vs-**                                                                                                   **Case No. 6:05-cv-519-Orl-18KRS**

**AVANTEK, INC.,**
**CARLOS A. REYES,**
**MOHAMMAD A. ULLAH,**
        **Defendants.**

_____

## ORDER

This cause came on for consideration after a hearing on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MICROSOFT CORPORATION'S RENEWED MOTION FOR SANCTIONS (Doc. No. 37)** |
| **FILED:** | **October 26, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Microsoft Corporation seeks severe sanctions, specifically an order striking the defendants' answer and finding them liable, as a result of the following conduct:

> Defendants failed to respond to Microsoft's First Set of Interrogatories, produce documents responsive to Microsoft's First Request for Production of Documents (served on June 23, 2005), and comply with Rule 26(a)(1) Initial Disclosures.

Doc. No. 37 at 1. At the hearing on the motion, however, counsel for Microsoft Corporation stated that the defendants did respond to Microsoft's first set of interrogatories before the above-captioned motion was filed and that the defendants did produce some documents responsive to the first request

for production of documents. Counsel for Microsoft Corporation acknowledged at the hearing that the representations in the motion about the defendants' total failure to respond to the discovery requests was a "mistake." Because the motion is founded on inaccurate representations, it is not well taken.

**DONE** and **ORDERED** in Orlando, Florida on November 8, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties