# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICROSOFT CORPORATION,**

    **Plaintiff,**

-vs-                Case No. 6:05-cv-519-Orl-18KRS

**AVANTEK, INC.,**
**CARLOS A. REYES,**
**MOHAMMAD A. ULLAH,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MICROSOFT CORPORATION'S RENEWED MOTION FOR SANCTIONS (Doc. No. 37)** |
| **FILED:** | **October 26, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

| | |
|---|---|
| **MOTION:** | **MOTION FOR RECONSIDERATION RE [41] ORDER ON MOTION FOR SANCTIONS (Doc. No. 43)** |
| **FILED:** | **November, 14, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** to the extent that I will reconsider the earlier order denying the Renewed Motion for Sanctions.

On October 26, 2005, Plaintiff Microsoft Corporation moved for sanctions striking the Answers of Defendants Avantek, Inc., Carlos A. Reyes, and Muhammad A. Ullah. Doc. No. 37. As grounds for this motion, Microsoft stated that Defendants had failed to respond to various discovery requests, including interrogatories and requests to produce, despite an Order from this Court to do so. *Id*. ¶¶ 1-3; Doc. No. 30.

I held a hearing on the motion for sanctions on November 8, 2005. Counsel for Microsoft was present, but Defendants and their counsel failed to appear. Doc. No. 40. At the hearing, counsel for Microsoft represented that Defendants had produced some of the requested discovery. Because the motion for sanctions was premised on the total failure of Defendants to comply with my Order, I denied the motion for sanctions. Doc. No. 41.

Because Defendants had failed to appear at the November 8 hearing, I entered an Order to Show Cause as to why Defendants should not be sanctioned for failure to appear as ordered, and set a hearing on the order for November 15, 2005. Doc. No. 42. On November 14, 2005, Microsoft moved for reconsideration of the order denying the motion for sanctions. Doc. No. 43. Because this motion was filed before the hearing on the order to show cause, I considered both the motion for reconsideration and the order to show cause at the November 15 hearing.

At the hearing, I ordered that all responsive documents not previously produced be turned over to Microsoft by November 28, 2005. Doc. Nos. 44, 45. At the hearing and in a subsequent Order, I further ordered Defendants to file and serve a response to Microsoft's motion for reconsideration by November 28, 2005. Doc. No. 45.

I set a hearing to consider the various motions and discovery disputes for December 1, 2005. Doc. No. 47. The same day I entered the Notice of Hearing, Defendants filed a response to Microsoft's request for production of documents and moved to cancel the hearing. Doc. Nos. 48-50. Attached to the response were a number of receipts, invoices, and other documents Defendants contended were responsive to the request for production. *Id*. I denied the motion to cancel the hearing, doc. no. 51, and held the hearing on December 1, 2005.[1]

At that hearing, I ordered Reyes to produce his 2002 tax return (one of the documents sought by Microsoft) by the following Monday, December 5, 2005. I further ordered Defendants to provide Avantek's ledgers to Microsoft by December 5. Doc. No. 52. Because I had extended discovery, I granted the motion for reconsideration, and instructed counsel for Microsoft to notify the Court if the discovery was not produced. *Id*. I further instructed counsel for Microsoft to provide information regarding attorney's fees for hours spent on the motion for sanctions so that I could consider Microsoft's motion for attorney's fees and expenses. Doc. No. 37 ¶ 6.

It is now two weeks after the date set for Defendants to produce the requested discovery. Because counsel for Microsoft has not advised the Court that Defendants have failed to produce the required information or otherwise failed to comply with my orders, I assume that production is now complete. Moreover, because counsel for Microsoft has failed to provide information regarding time

---

[1] Shortly before the hearing, Defendants filed their response to Microsoft's motion for reconsideration. The responses state that Defendants had not intended to delay or hinder discovery, but are new to litigation, and that counsel for Defendants has a number of personal issues that were adversely affecting his ability to manage this case. All of these issues were discussed in the hearing.

spent on the motion for sanctions, I construe the renewed motion for sanctions as having been abandoned.

**DONE** and **ORDERED** in Orlando, Florida on December 20, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties